UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

Audrey Rogers,

Case No. 15-55221

Chapter 7
Debtor(s).                                   Hon. McIvor
_____/
Credit Union One
    Plaintiff,

Ad Proc: 15-05452

v.

Audrey Rogers,
    Defendant/Debtor
_____/

## ORDER FOR JUDGMENT FOR CREDIT UNION ONE

## DEFAULT JUDGMENT

Plaintiff, Credit Union One, having filed its Complaint against Defendant, Audrey Rogers, and the Court being fully advised in the Premises:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that a Default Judgment shall enter in favor of Plaintiff Credit Union One and against Defendant Audrey Rogers.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**, with respect to the debt owed to CREDIT UNION ONE that the debt is Non-Dischargable pursuant to 11 U.S.C. 523(a)(2)(A), and 523(a)(6).

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**, that Judgment in favor of the Plaintiff and against the Defendant in the amount of $10,230.79, plus interest, court costs and attorney fees of $1,190.65 for a total Judgment of $11,421.44.

  .

**Signed on February 18, 2016**

```
            /s/ Marci B. McIvor
        Marci B. McIvor
        United States Bankruptcy Judge
```